[No. 15448-6-I. Division One. August 18, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK MEMPA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-01160-9, Arthur E. Piehler, J., entered October 2, 1984. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Pekelis, JJ.

[No. 15023-5-I. Division One. August 18, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. AARON STEED LUDBERG, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-8-01783-1, Gary M. Little, J., entered June 22, 1984. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Pekelis, JJ.

[No. 12305-0-I. Division One. August 18, 1986.]

DAVID L. WILHITE, ET AL, *Appellants,* v. THE CITY OF BELLINGHAM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80-2-00577-1, Marshall Forrest, J., entered September 20, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, J., and Revelle, J. Pro Tem.